IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**RONES SAGESSE,**

    *Plaintiff*,

v.                                     Case No.: 3:25cv1056-MW/HTC

**RICKY DIXON and
RON DESANTIS,**

    *Defendants***.**
_____/

### ORDER ACCEPTING IN PART AND REJECTING IN PART REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 5. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 5, is **accepted in part and rejected in part.** This Court does not dismiss this case as malicious but instead exercises its inherent authority to dismiss this case for Plaintiff's failure to truthfully disclose his litigation history. *See McNair v. Johnson*, 143 F. 4th 1301, 1308 (11th Cir. 2025). The Clerk shall enter judgment stating, "Plaintiff's complaint is **DISMISSED without prejudice,** pursuant to this Court's inherent authority to manage its docket,

for Plaintiff's failure to truthfully disclose his litigation history." The Clerk shall close the file.

    **SO ORDERED on August 18, 2025.**

<u>s/Mark E. Walker</u>
**United States District Judge**
